IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITO LIBERATI,<br><br>       Plaintiff,<br><br>  v.<br><br>SAVIOR PAPETTI, and the F/V DESERT STORM,<br><br>       Defendants.<br>_____/ | No. C 12-01327 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

On December 6, 2012, a Certification of ADR session was filed in this case, which states that the matter has been settled in full.  There has been no further activity since that filing. Accordingly, by no later than June 28, 2013, the parties are HEREBY ORDERED to submit a joint status report on the status of the settlement proceedings.

**IT IS SO ORDERED.**

Dated: June 3, 2013

                                              JEFFREY S. WHITE<br>
                                              UNITED STATES DISTRICT JUDGE