Sterling J. Stires, Esq.; SBN 199218
Gary L. Wilmot, Esq.; SBN 182167
Holmes Weddle & Barcott, P.C.
501 West Broadway, Suite 2060
San Diego, California 92101
Telephone (619) 358-9987; Fax (619) 487-9551

Attorneys for Defendants Savior Papetti and
the F/V DESERT STORM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| VITO LIBERATI,<br><br>                Plaintiff,<br><br>v.<br><br>SAVIOR PAPETTI, and the F/V DESERT STORM, and DOES 1 through 20,<br><br>                Defendants. | Case No. CV12-01327 JSW<br><br>JOINT MOTION FOR DISMISSAL<br><br>Judge:    Hon. Jeffrey S. White<br>Filed:     03/16/12<br>Trial:     not set |

      COMES NOW plaintiff, Vito Liberati and defendants, Savior Papetti and the F/V DESERT STORM (hereinafter referred to as "Defendants") and respectfully informs this Court that the parties to the above-entitled action attended mediation on December 3, 2012 and have fully settled this case. Therefore, the parties jointly request that the Court dismiss this matter with prejudice with each party to bear its own attorneys' fees and costs.

      DATED: June 10, 2013      HOLMES WEDDLE & BARCOTT, P.C.

                                        By:/s/ Sterling J. Stires
                                             Sterling J. Stires,
                                             Gary L. Wilmot,
                                             Attorneys for Defendants Savior Papetti and the
                                             F/V DESERT STORM

Pursuant to Civil L.R.5.1, I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

1
2
3  THE VENARDI LAW FIRM
4
5  By: /s/ Mark L. Venardi
6  Mark L. Venardi,
7  Attorneys for Plaintiff, Vito Liberati
8  Dated: June 11, 2013



IT IS SO ORDERED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA